IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES ROLLAND SWANSON,

        Plaintiff,

        v.

JEB MORROW, an individual; KENNETH BUSHNELL, an individual; OZZIE GREGORIO, an individual; and the F/V HEIDI, a fishing vessel, home ported in Petersburg, Alaska, official number 227373,

        Defendants.

No.   03:14-cv-00025-HU

ORDER

HERNANDEZ, District Judge:

    Magistrate Judge Hubel issued a Findings and Recommendation (#26) on June 25, 2014, in which he recommends that this Court deny Defendant Gregorio's motion to dismiss. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt,

1 - ORDER

840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made).  Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Hubel's Findings & Recommendation [26]. Accordingly, Defendant Gregorio's motion to dismiss [8] is denied.

IT IS SO ORDERED.

DATED this  29  day of  July , 2014.

*Marco Hernandez*
MARCO A. HERNANDEZ
United States District Judge