UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JAMES ROLLAND SWANSON,<br><br>   Plaintiff,<br><br>vs.<br><br>JEB MORROW, an individual; KENNETH BUSHNELL, an individual; OZZIE GREGORIO, an individual; and the F/V HEIDI, a fishing vessel, home ported in Petersburg, Alaska, official number 227373;<br><br>   Defendants. | No. 03:14-cv-00025-HU<br><br>ORDER DISMISSING CROSS CLAIMS |

The motion (Dkt. #58) of the defendant Kenneth Bushnell to dismiss his cross claims against the defendant Ozzie Gregorio is **granted**. Mr. Bushnell's cross claims against Mr. Gregorio are hereby **dismissed without prejudice**.

IT IS SO ORDERED.

Dated this 17 day of October, 2014.

*Marco Hernandez*
MARCO A. HERNANDEZ
Unites States District Judge